IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STEPHANIE B., ETC., ET AL., ) | CIVIL NO. 04-00015 HG-LEK |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| PAT HAMAMOTO, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER GRANTING REQUEST TO APPOINT SPECIAL MASTER

    This Court GRANTS the parties' joint request for the appointment of a special master to assist the parties and IT IS HEREBY ORDERED that:

    1. **Andrew Winer, Esq.** is appointed as special master in the in the above-entitled case.  Mr. Winer is specifically directed to notify the parties in writing of the date, time, and place of the first conference.

    2. The special master shall be compensated at his customary hourly rate and be reimbursed for any incidental costs. The parties are directed to pay the special master the amounts approved by the Court with Plaintiff Stephanie B., Defendants Pat Hamamoto and Department of Education paying one-half each, respectively, of the mediator's fees and costs, unless the mediator and/or the Court determines that one party has not mediated in good faith.  Further the parties shall deposit the amount of **$250.00** each with the mediator by no later than

**February 3, 2006** and these sums shall be applied as payment towards the special master's fees and reimbursable costs.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, January 11, 2006.



                                                    Leslie E. Kobayashi
                                                    United States Magistrate Judge

**STEPHANIE B., ETC., ET AL. V. PAT HAMAMOTO, ET AL; CIVIL NO. 04-00015 HG-LEK; ORDER GRANTING REQUEST TO APPOINT SPECIAL MASTER**