# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/7/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CIVIL NO. 04-00015HG-LEK

CASE NAME:          Stephanie B., et al. Vs. Pat Hamamoto, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi           REPORTER:

DATE:     2/7/2006                      TIME:

---

COURT ACTION:   EO: Plaintiff's Motion for Attorney's Fees and Costs, filed April 13, 2005 is deemed MOOT because the parties have reached a settlement on the attorney's fees and costs, and therefore the Motion is terminated.  The Court has appointed Andrew Winer, Esq. as the special master as to the issue of Plaintiffs' reimbursement of certain educational expenses costs incurred, and the special master shall submit his recommendation to this court by no later than May 1, 2006 for review and adoption.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager