IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| STEPHANIE B, ETC.,, ) | CIVIL NO. 04-00015 HG-LEK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PAT HAMAMOTO, ETC., ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**FINDINGS AND RECOMMENDATIONS REGARDING
PLAINTIFF'S HOME PROGRAM REIMBURSEMENT**

On March 29, 2005, the district court reversed the decision of the hearings officer, finding that Plaintiff Stephanie B.'s home program for her son, Seth B., was appropriate under the Individuals with Disabilities Act.  On January 11, 2006, this Court appointed Andrew Winer, Esq., as the Special Master to make a recommendation regarding the amount of the home program's reimbursable costs.  On August 24, 2006, the Special Master filed his Submission of Findings and Recommendations of Special Master Regarding Reimbursement for Plaintiff's Home Program ("Submission").

This Court ADOPTS the Special Master's Submission.  For the reasons stated in the Submission, this Court HEREBY FINDS AND RECOMMENDS that the district court award Plaintiff Stephanie B., on behalf of her son Seth B., a minor, a total reimbursement of $153,627,74, representing $78,354.74 for out-of-pocket expenses and $75,273.00 as reimbursement for Stephanie B.'s wages.

IT IS SO FOUND AND RECOMMENDED.

DATED AT HONOLULU, HAWAI`I, August 25, 2006.



      /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

**STEPHANIE B, ETC. V. PAT HAMAMOTO, ETC., ET AL; CIVIL NO. 04-00015 HG-LEK; FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S HOME PROGRAM REIMBURSEMENT**