

WINER MEHEULA & DEVENS, LLP

ANDREW S. WINER
707 Richards Street, PH-1
Honolulu, Hawaii 96813
Tel. No. 254-5855
Fax No. 254-6872
winer@pacificlaw.com

Special Master

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEPHANIE B., on behalf of her son SETH B., a minor, | CIVIL NO. CV 04-00015 HG/LEK (Other Civil Action) |
| Plaintiffs, | SPECIAL MASTER'S SUBMISSION OF FINDINGS AND RECOMMENDATIONS OF SPECIAL MASTER REGARDING REIMBURSEMENT FOR PLAINTIFF'S HOME PROGRAM; CERTIFICATE OF SERVICE |
| vs. | |
| PAT HAMAMOTO, Superintendent of the Department of Education, State of Hawaii; DEPARTMENT OF EDUCATION, STATE OF HAWAII, | |
| Defendants. | |

SPECIAL MASTER'S SUBMISSION OF FINDINGS AND
RECOMMENDATIONS OF SPECIAL MASTER REGARDING
REIMBURSEMENT FOR PLAINTIFF'S HOME PROGRAM