IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEPHANIE B., on behalf of her son SETH B., a minor,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>PAT HAMAMOTO, Superintendent of the Department of Education, State of Hawaii; DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>　　　　Defendants. | CIVIL NO. CV 04-00015 HG/LEK<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document shall be duly served upon the below identified individuals at their last known addresses by depositing the same with the U.S. Mail, postage paid, on the date below:

　　George S.S. Hom
　　Deputy Attorney General
　　235 S. Beretania Street, Room 304
　　Honolulu, Hawaii 96813

Stanley Levin, Esq.
Davis Levin Livingston Grande
851 Fort Street, Suite 400
Honolulu, Hawaii 96813

       DATED: Honolulu, Hawaii    AUG 2 4 2006   .

                                      */s/ Andrew S. Winer*
                                      ANDREW S. WINER
                                      Special Master