OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

STANLEY E. LEVIN     1152-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
slevin@davislevin.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEPHANIE B., on behalf of her son, SETH B., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>PAT HAMAMOTO, Superintendent of the Department of Education, State of Hawaii; DEPARTMENT OF EDUCATION, STATE OF HAWAI'I,<br><br>Defendants. | CIVIL NO. CV 04-00015 HG/LEK (Other Civil Action)<br><br>PLAINTIFFS' MOTION DETERMINING THAT THE PLAINTIFFS ARE PREVAILING PARTIES; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF STANLEY E. LEVIN; EXHIBIT "A" AND CERTIFICATE OF SERVICE<br><br>SPECIAL MASTER:<br>Andrew S. Winer, Esq. |

PLAINTIFFS' MOTION DETERMINING THAT THE
PLAINTIFFS ARE PREVAILING PARTIES

Pursuant to Rules 54, and 7 of the Federal Rules of Civil Procedure, Plaintiffs move this court for a determination that they are prevailing parties in the recent entry of Special Master's Submission of Findings and Recommendations of

Special Master Regarding Reimbursement for Plaintiff's Home Program. A copy of that decision is attached hereto as Exhibit "A" and is incorporated herein. Mr. Winer, as Special Master, recommended the recovery of $153,627.74 to the Plaintiffs. This was an amount highly contested by the Defendants and the special proceeding took several months to conclude. This involved substantial time and effort by Plaintiffs and their counsel. For all of the reasons set forth in the accompanying memorandum, Plaintiffs urge this court to grant the motion that Plaintiffs are the prevailing parties and award Plaintiffs' attorneys' fees and costs incurred in this action.

      DATED: Honolulu, Hawaii, September 7, 2006.

                              /S/ STANLEY E. LEVIN

                              _____

                              STANLEY E. LEVIN

                              Attorney for Plaintiffs