IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEPHANIE B., on behalf of her son, SETH B., a minor,<br><br>    Plaintiffs,<br><br>  vs.<br><br>PAT HAMAMOTO, Superintendent of the Department of Education, State of Hawaii; DEPARTMENT OF EDUCATION, STATE OF HAWAI'I,<br><br>    Defendants. | CIVIL NO. CV 04-00015 HG/LEK<br>(Other Civil Action)<br><br>**DECLARATION OF STANLEY E. LEVIN** |

## **DECLARATION OF STANLEY E. LEVIN**

I, STANLEY E. LEVIN, declare as follows:

1. My name is Stanley E. Levin, I am the attorney representing Plaintiffs in the above-entitled action.

2. Attached as Exhibit "A" is a true and correct copy of the Special Master's Submission of Findings and Recommendations of Special Master Regarding Reimbursement for Plaintiff's Home Program filed on August 24, 2006.

I declare under penalty of perjury that the above is true and correct.

Executed on the 7th day of September, 2006.

                                /S/ STANLEY E. LEVIN
                                _____
                                STANLEY E. LEVIN