IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEPHANIE B., on behalf of her son, SETH B., a minor,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>PAT HAMAMOTO, Superintendent of the Department of Education, State of Hawaii; DEPARTMENT OF EDUCATION, STATE OF HAWAI'I,<br><br>　　　　　　　　Defendants. | CIVIL NO. CV 04-00015 HG/LEK<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 7, 2006 a copy of Plaintiffs' Motion Determining that the Plaintiffs are Prevailing Parties was duly mailed, postage pre-paid to the following at their last known addresses:

Andrew S. Winer, Esq.
Winer Meheula & Devens LLP
The Ocean View Center
707 Richards St. PH1
Honolulu, Hawaii 96813

SPECIAL MASTER

George S.S. Hom, Esq.
Deputy Attorney General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813

Attorney for Defendants

    DATED:  Honolulu, Hawaii, September 7, 2006.

                                /S/ STANLEY E. LEVIN
                                _____
                                STANLEY E. LEVIN

                                Attorney for Plaintiffs