FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 18 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_\_ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STEPHANIE B., ETC.,,,, | ) | CIVIL NO 04-00015 HG-LEK |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PAT HAMAMOTO, ETC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

## ORDER ADOPTING MAGISTRATE'S
## FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on 8/25/2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, 9·17·06

*[signature]*
Helen Gillmor
Chief United States District Judge

cc: all parties of record

Due for Adoption: 9/11/2006