# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

September 18, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00015 HG-LEK |
| CASE NAME: | Stephanie B., on behalf of her son, Seth B., a minor v. Pat Hamamoto, et al. |
| ATTYS FOR PLA: | Stanley E. Levin |
| ATTYS FOR DEFT: | George S.S. Hom |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | September 18, 2006 | TIME: | |

COURT ACTION:  **MINUTE ORDER**

On March 29, 2005 this Court entered an ORDER REVERSING THE DECISION OF THE HEARINGS OFFICER (Doc. 26) and ordering that Plaintiff is to be reimbursed for the reasonable expenses of the current home program until a new IEP is developed and implemented. This Court awarded Plaintiff reasonable attorneys' fees and costs pursuant to 20 U.S.C. § 1415(i)(3)(B). The magistrate judge was appointed as Special Master to determine the amount of reimbursement Plaintiff shall receive for educational expenses and reasonable attorneys' fees and costs.

On January 11, 2006 Magistrate Judge Kobayashi appointed Andrew S. Winer as Special Master at the joint request of the parties to assist in this matter (Doc. 37).

On August 24, 2006 Andrew S. Winer submitted his Findings and Recommendations of Special Master Regarding Reimbursement for Plaintiff's Home Program (Doc. 41).

On August 25, 2006 Magistrate Judge Kobayashi entered her Findings and Recommendations Regarding Plaintiff's Home Program Reimbursement (the "Findings and Recommendations", Doc. 40).

On September 7, 2006 Plaintiff filed her MOTION DETERMINING THAT THE PLAINTIFFS ARE PREVAILING PARTIES (the "Motion") (Doc. 42), seeking an award of reasonable attorneys' fees and costs.

On September 18, 2006, the Findings and Recommendations of the magistrate judge was adopted as the opinion and order of this Court.

The Motion filed on September 7, 2006 is HEREBY REFERRED to Magistrate Judge Leslie E. Kobayashi for determination of reasonable attorneys' fees and costs as ordered by this Court in its March 29, 2005 order. The hearing on the Motion, currently set before this Court on October 23, 2006 at 10:30 a.m., is HEREBY VACATED.

IT IS SO ORDERED.

Submitted by: Mary Rose Feria, Courtroom Manager
Submitted by: David H. Hisashima, Courtroom Manager

cc:    above counsel
Magistrate Judge Leslie E. Kobayashi
Special Master Andrew S. Winer
Judge Helen Gillmor's chambers