

MARK J. BENNETT                2672
Attorney General
State of Hawai`i

GEORGE S.S. HOM                2487
HOLLY T. SHIKADA               4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawai`i  96813
Telephone: (808) 586-1255
Facsimile: (808) 586-1488
E-Mail: George.S.Hom@hawaii.gov

Attorneys for Defendants

**ORIGINAL**

**LODGED** OCT 03 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT [  ] 2006
at ___ o'clock and ___ __M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| STEPHANIE B., on behalf on her son, SETH B., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>PAT HAMAMOTO, Superintendent of the Department of Education, State of Hawai`i, DEPARTMENT OF EDUCATION, STATE OF HAWAI`I,<br><br>Defendants. | CIVIL NO. 04-00015 HG-LEK<br>(Other Civil Action)<br><br>STIPULATION RE: PREVAILING PARTY STATUS |

### STIPULATION RE: PREVAILING PARTY STATUS

It is hereby stipulated by and between the parties through their respective

counsel, that the Plaintiffs are the Prevailing Parties, in Case No. DOE-2003-047

208563_2.DOC

and further stipulate that the Motion Determining that Plaintiffs are Prevailing Parties filed on September 7, 2006 ("Motion") is moot. Parties respectfully request that the Motion scheduled to be heard on October 19, 2006 at 9:00 a.m. be set aside.

This Stipulation has been signed by counsel for all parties in this action. This Stipulation resolves the Motion currently scheduled for hearing on October 19, 2006 at 9:00 a.m. and said hearing is set aside.

DATED: Honolulu, Hawai'i, _October 3, 2006_.

_____
STANLEY E. LEVIN
Attorney for Plaintiffs


_____
GEORGE S.S. HOM
HOLLY T. SHIKADA
Deputy Attorney General
Attorney for Defendants

APPROVED AND SO ORDERED:

_____
Judge of the Above-Entitled Court

---

STEPHANIE B., on behalf of her son, SETH B., a minor v. PAT HAMAMOTO, Superintendent of the Department of Education, State of Hawaii, DEPARTMENT OF EDUCATION, STATE OF HAWAI`I.; Civ. No. 04-00015 HG-LEK; STIPULATION RE: PREVAILING PARTY STATUS