# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/16/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00015HG-LEK |
| CASE NAME: | Stephanie B., et al. Vs. Pat Hamamoto, et al. |
| ATTYS FOR PLA: | Stanley E. Levin |
| ATTYS FOR DEFT: | George Hom |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 01/16/2007 | TIME: | 9:55-10:03 |

COURT ACTION:  EP: Status Conference Re: Motion for Attorneys' Fees held.  All parties participated by phone.

State is willing to pay reasonable attorneys' fees and costs re: reimbursement issue.

Revised 408 offer by Plaintiff is due 1/22/07.  Response is due 1/29/07.

Settlement Conference Re: Attorneys' Fees and Costs set for 10:00 2/5/07, LEK.

Submitted by: Warren N. Nakamura, Courtroom Manager