# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/30/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CIVIL NO. 04-00015HG-LEK

CASE NAME:        Stephanie B., et al. Vs. Pat Hamamoto, et al.

ATTYS FOR PLA:    Stanley E. Levin

ATTYS FOR DEFT:   George Hom

INTERPRETER:

| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
|---|---|---|---|
| DATE: | 01/30/2007 | TIME: | 9:25-9:32 |

COURT ACTION:  EP: Further Status Conference Re: Motion for Attorneys' Fees held. All parties participated by phone.

Submitted by: Warren N. Nakamura, Courtroom Manager