# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/05/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00015HG-LEK |
| CASE NAME: | Stephanie B., et al. Vs. Pat Hamamoto, et al. |
| ATTYS FOR PLA: | Stanley E. Levin |
| ATTYS FOR DEFT: | George Hom |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 02/05/2007 | TIME: | 10:00-10:30 |

COURT ACTION:  EP: Settlement Conference Re: Attorneys' Fees and Costs held.

Present were Stanley E. Levin, Esq. and Bruce Ellis for Plaintiffs and George Hom, Esq. for Defendants.

Parties agree and stipulate to attorneys' fees and costs to be paid to Plaintiffs by Defendants in the total amount of    $ 23,400.00.

There are no other matters pending in this action and therefore this matter is concluded.

Submitted by: Warren N. Nakamura, Courtroom Manager